
**Moorish / Moroccan Flag**


**Continental Flag**

*In Propria Persona (Not to be Confused with Pro 'Se) / National Complaint*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case Number: __CV 23 - 0128 JD__



**ALLODIAL AMERICAN NATIONAL #AA22141**,
***Consul:*** **Antonio - El 06143**,
Authorized Representative,
in Propria persona, Sui Juris Heir
Ex Relatione: **ANTONIO EL / EL ANTONIO / ANTONIO WHITE JR / JR WHITE ANTONIO / WHITE JR ANTONIO / WHITE ANTONIO JR / WHITE ANTONIO / ANTONIO WHITE-EL / EL WHITE ANTONIO / WHITE EL ANTONIO / WHITE ANTONIO EL,**

**Marie Mairiam Bijou Bayo-El 06143**,
Authorized Representative,
in Propria Persona, Sui Juris Heir
Ex Relatione: **MARIE MAIRIAM BIJOU BAYO / BAYO MARIE MAIRIAM BIJOU / MARIE BAYO / BAYO MARIE / MARIE MAIRIAM B. BAYO / BAYO B. MAIRIAM MARIE / MARIE MAIRIAM BIJOU BAYO EL / EL BAYO BIJOU MAIRIAM MARIE / MARIE B. BAYO / BAYO B. MARIE,**

**Amirah Marie Toni White-El 06143** Ex Relatione: **AMIRAH MARIE TONI WHITE-EL / EL WHITE TONI MARIE AMIRAH / AMIRAH MARIE TONI WHITE / WHITE TONI MARIE AMIRAH / WHITE MARIE TONI AMIRAH / AMIRAH WHITE / WHITE AMIRAH / AMIRAH M. T. WHITE / WHITE AMIRAH M.T.**

**Ali Mijan Muhammed White-Bey 06143** Ex Relatione: **ALI MIJAN MUHAMMED WHITE- BEY / BEY - WHITE MUHAMMED MIJAN ALI / WHITE-BEY MOHAMMED MIJAN ALI / ALI MIJAN M. WHITE-BEY/ WHITE-BEY ALI MIJAN M.** et , al

**Federal Employer [06143]**
in Propria Persona, Sui Juris Heir
(Not To be Confused with Pro' Se)

Plaintiff(s) / Claimant(s) / Moslem(s)

v.

**STATE OF CALIFORNIA,
THE STATE BAR OF CALIFORNIA,
LEGAL ASSISTANCE FOR SENIORS INC,
EAST BAY CHILDREN'S LAW OFFICES INC,
COUNTY OF ALAMEDA,
SUPERIOR COURT OF CALIFORNIA,
LINDA FAYE JOHNSON,
GAVIN NEWSOM
SUSAN S. MURANISHI,
ADAM BRYER,
LOVELLA ALDRIDGE - BARNEY,
SANDRA KAY BEAN - B.A.R No. #161976,
KRISTEN ELIZABETH BONEY - B.A.R No. #245827,
MARIEL KUSANO MIYOSHI - B.A.R No. #246126,
MARCIE ANN NEFF - B.A.R No. #209899,
JOSE REAL PADILLA - B.A.R No. #86592,
ROBERT ANDRES BONTAS - B.A.R No. #202668,
CHAD DAVID FINKE,
SHIRLEY N. WEBER
JOHN DOE et, al**

**FILED**
JAN -9 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Defendant(s) / Respondent(s)

U.S. Postal Service,™ CERTIFIED MAIL ® RECEIPT No: 7022 0410 0002 7430 0251


Moorish / Moroccan Flag


Continental Flag

Defendant(s) / Respondent(s)

# EX PARTE / EMERGENCY DIPLOMATIC RELATIONS

### COMPLAINT FOR EQUITABLE DAMAGES, PUNITIVE DAMAGES, REQUEST FOR INJUNCTIVE RELIEF AND RESTRAINING ORDER.

I, **Consul**: Antonio El Sui Juris, Heir *plaintiff(s)*, Hereafter Marie Mairiam Bijou Bayo El, Federal Employer [06143] in Propria Persona and expressly not a "Pro Se", a claimant in personam, and expressly not a "Plaintiff", standing in unlimited commercial liability as Aboriginal and Indigenous Moor, Flesh and Blood, a Natural Person, Moorish American National, also hereafter the "Affiant" is seeking a "Common-Law Remedy" pursuant to the Organic United States Constitutional Law 1791 (Republic). The Moorish National Republic in and through its Consul general has commanded jurisdiction pursuant to Treaty and Constitutional Law.

Moorish American Nationals along with Consul Antonio El, Marie Mairiam Bijou Bayo El and their offspring Ali Mijan Muhamed White-Bey and Amirah Marie Toni White-El have been violated by corporate colorable codes, rules, regulations, statues that has forced our Nationals under threat, stress, duress, coercion, treason, genocide, human trafficking, racketeering and conspiracy against the Supreme Law of the Land. We command this court to provide immediate remedy and with like force instruct all Defendants and their agents to honor the full Diplomatic Immunity of the Moorish National Republic and its Heirs.

Furthermore for the record on the record and let the record show that Moorish Marshalls will further Investigate.

U.S. Postal Service,™ CERTIFIED MAIL ® RECEIPT No: 7022 0410 0002 7430 0251


Moorish / Moroccan Flag


Continental Flag

## Certificate of Service

I, *Consul:* **Antonio-El 06143** **Affirm** that on this date 11/30/2022 a true copy of the foregoing document was mailed to: name(s) and addresse(s) on all parties of record on the Service List below.

*Antonio El  U.CC 1-308*
Autograph of Filer

*Consul :* **Antonio-El**
Printed or typed name of Filer

Consul@Diplomats.com
Consul E–mail Address *(if applicable)*

E–mail Address *(if applicable)*

**Authorized By Library of Congress © :**
**ALLODIAL AMERICAN NATIONAL #AA222141**
Agency Name *(if applicable)*

Firm Name *(if applicable)*

**General Delivery : 1055 North Vignes Street**
Street Address

Street Address

**Near Los Angeles Territory, California State Republic [06143]**
City, State, Zip Code

City, State, Zip Code

Telephone:

Telephone:

Facsimile:

Facsimile:

*Consul for Plaintiff(s) / Claimant(s) / Moslem(s)*

*Counsel for Defendant(s) / Respondent(s)*

    **LINDA FAYE JOHNSON**
c/o: [4426 Penniman Avenue
    Oakland, CA 94602],

    **MARIEL KUSANO MIYOSHI - B.A.R No. #246126**
    Legal Assistance for Seniors Inc.
c/o: [333 Hegenberger Rd Ste 850,
    Oakland, CA 94621]

    **SANDRA KAY BEAN – B.A.R No. #161976 et,al**
    Superior Court of California
    Rene C. Davidson Alameda County Courthouse
c/o: [2120 Martin Luther King Jr.
    Berkeley, CA 94704]

    **MARCIE ANN NEFF - B.A.R No. #209899**
    Eastbay Children's Law Offices Inc.
c/o: [80 Swan Way, Suite 300
    Oakland, CA 94621]

U.S. Postal Service,™ CERTIFIED MAIL ® RECEIPT No: 7022 0410 0002 7430 0251



Moorish / Moroccan Flag



Continental Flag

*In Propria Persona (Not to be Confused with Pro'Se) / National Complaint*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

cv23-0128 JD



Case Number: _____

**ALLODIAL AMERICAN NATIONAL #AA22141**,
*Consul,* **Antonio - El 06143**,
Authorized Representative,
in Propria persona, Sui Juris Heir
Ex Relatione: **ANTONIO EL / EL ANTONIO / ANTONIO WHITE JR / JR WHITE ANTONIO / WHITE JR ANTONIO / WHITE ANTONIO JR / WHITE ANTONIO / ANTONIO WHITE-EL / EL WHITE ANTONIO / WHITE EL ANTONIO / WHITE ANTONIO EL**,

**Marie Mairiam Bijou Bayo-El 06143**,
Authorized Representative,
in Propria Persona, Sui Juris Heir
Ex Relatione: **MARIE MAIRIAM BIJOU BAYO / BAYO MARIE MAIRIAM BIJOU / MARIE BAYO / BAYO MARIE / MARIE MAIRIAM B. BAYO / BAYO B. MAIRIAM MARIE / MARIE MAIRIAM BIJOU BAYO EL / EL BAYO BIJOU MAIRIAM MARIE / MARIE B. BAYO / BAYO B. MARIE**,

**Amirah Marie Toni White-El 06143** Ex Relatione: **AMIRAH MARIE TONI WHITE-EL / EL WHITE TONI MARIE AMIRAH / AMIRAH MARIE TONI WHITE / WHITE TONI MARIE AMIRAH / WHITE MARIE TONI AMIRAH / AMIRAH WHITE / WHITE AMIRAH / AMIRAH M. T. WHITE / WHITE AMIRAH M.T.**

**Ali Mijan Muhammed White-Bey 06143** Ex Relatione: **ALI MIJAN MUHAMMED WHITE- BEY / BEY - WHITE MUHAMMED MIJAN ALI / WHITE-BEY MOHAMMED MIJAN ALI / ALI MIJAN M. WHITE-BEY/ WHITE-BEY ALI MIJAN M.** et, al

Federal Employer [06143]
in Propria Persona, Sui Juris Heir
(Not To be Confused with Pro' Se)

Plaintiff(s) / Claimant(s) / Moslem(s)

V.

**STATE OF CALIFORNIA,
THE STATE BAR OF CALIFORNIA,
LEGAL ASSISTANCE FOR SENIORS INC,
EAST BAY CHILDREN'S LAW OFFICES INC,
COUNTY OF ALAMEDA,
SUPERIOR COURT OF CALIFORNIA,
LINDA FAYE JOHNSON,
GAVIN NEWSOM
SUSAN S. MURANISHI,
ADAM BRYER,
LOVELLA ALDRIDGE - BARNEY,
SANDRA KAY BEAN - B.A.R No. #161976,
KRISTEN ELIZABETH BONEY - B.A.R No. #245827,
MARIEL KUSANO MIYOSHI - B.A.R No. #246126,
MARCIE ANN NEFF - B.A.R No. #209899,
JOSE REAL PADILLA - B.A.R No. #86592,
ROBERT ANDRES BONTAS - B.A.R No. #202668,
CHAD DAVID FINKE,
SHIRLEY N. WEBER
JOHN DOE et, al**

FILED
JAN -9 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Defendant(s) / Respondent(s)

U.S. Postal Service,™ CERTIFIED MAIL ® RECEIPT No: 7022 0410 0002 7430 0213

ANNEXED FEDERAL EMPLOYER- 06143                                          Page 1 of 3



Moorish / Moroccan Flag



Continental Flag

# EX-PARTE / EMERGENCY DIPLOMATIC RELATIONS

**COMPLAINT FOR EQUITABLE DAMAGES, PUNITIVE DAMAGES, REQUEST FOR INJUNCTIVE RELIEF AND RESTRAINING ORDER.**

I, **Consul**: Antonio El Sui Juris, Heir *plaintiff(s)*, Hereafter Marie Mairiam Bijou Bayo El, Federal Employer [06143] in Propria Persona and expressly not a "Pro Se", a claimant in personam, and expressly not a "Plaintiff", standing in unlimited commercial liability as Aboriginal and Indigenous Moor, Flesh and Blood, a Natural Person, Moorish American National, also hereafter the "Affiant" is seeking a "Common-Law Remedy" pursuant to the Organic United States Constitutional Law 1791 (Republic). The Moorish National Republic in and through its Consul general has commanded jurisdiction pursuant to Treaty and Constitutional Law.

Moorish American Nationals along with Consul Antonio El, Marie Mairiam Bijou Bayo El and their offspring Ali Mijan Muhamed White-Bey and Amirah Marie Toni White-El have been violated by corporate colorable codes, rules, regulations, statues that has forced our Nationals under threat, stress, duress, coercion, treason, genocide, human trafficking, racketeering and conspiracy against the Supreme Law of the Land. We command this court to provide immediate remedy and with like force instruct all Defendants and their agents to honor the full Diplomatic Immunity of the Moorish National Republic and its Heirs.

Furthermore for the record on the record and let the record show Consul Antonio El will notify Moorish Marshalls to further investigate.

U.S. Postal Service,™ CERTIFIED MAIL ® RECEIPT No: 7022 0410 0002 7430 0213

ANNEXED FEDERAL EMPLOYER: 06143


Moorish / Moroccan Flag


Continental Flag

Page 3 of 3

# Certificate of Service

I *Consul: Antonio-El 06143* Affirm that on this date 01/06/2023 a true copy of the foregoing document will be mailed to: name(s) and addresse(s) on all parties of record on the Service List below.

*Antonio El*
Autograph of Filer

*Consul :* **Antonio-El**
Printed or typed name of Filer

Consul@Diplomats.com
Consul E–mail Address *(if applicable)*

E–mail Address *(if applicable)*

Authorized by, Library of Congress - Moorish Zodiac Constitution #AA222141
**ALLODIAL AMERICAN NATIONAL**
Agency Name *(if applicable)*

Firm Name *(if applicable)*

**General Delivery : 1055 North Vignes Street**
Street Address

Street Address

**Near Los Angeles Territory, California State Republic [06143]**
City, State, Zip Code

City, State, Zip Code

Telephone:  (202) 984-8970

Telephone:

Facsimile:

Facsimile:

*Consul for Plaintiff(s) / Claimant(s) / Moslem(s)*

*Counsel for Defendant(s) / Respondent(s)*

LINDA FAYE JOHNSON
c/o: [4426 Penniman Avenue
Oakland, CA 94602],

MARIEL KUSANO MIYOSHI - B.A.R No. #246126
Legal Assistance for Seniors Inc.
c/o: [333 Hegenberger Rd Ste 850,
Oakland, CA 94621]

SANDRA KAY BEAN – B.A.R No. #161976 et,al
Superior Court of California
Rene C. Davidson Alameda County Courthouse
c/o: [2120 Martin Luther King Jr.
Berkeley, CA 94704]

MARCIE ANN NEFF - B.A.R No. #209899
Eastbay Children's Law Offices Inc.
c/o: [80 Swan Way, Suite 300
Oakland, CA 94621]

U.S. Postal Service ™, CERTIFIED MAIL ® RECEIPT No. #: 7022 0410 0002 7430 0213