UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO EL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 3:23-cv-00128-JD<br><br>**ORDER RE IFP APPLICATION;<br>ORDER TO SHOW CAUSE** |

Pro se plaintiffs Antonio El, Marie Mairiam Bijou Bayo-El, Amirah Marie Toni White-El, and Ali Mijan Muhammed White-Bey filed this action against over a dozen defendants, including the State of California, the State Bar of California, the County of Alameda, and multiple individuals. Dkt. No. 1.

Plaintiffs filed a single "short form" application to proceed in forma pauperis (IFP), signed only by Antonio El. Dkt. No. 2. The application states that El receives zero dollars in gross and take-home pay; receives no other income; has no money in cash, a checking account, or savings; and does not own "[a]ny automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value." *Id.* at 2. Even so, materials submitted with El's complaint indicate at least two "tax exempt" purchases in amounts over $100. *See* Dkt. No. 1-1 at ECF pp. 12, 18.

The IFP request is denied without prejudice. As the questions in the application demonstrate, IFP status is granted on an individual basis. Each individual plaintiff must file his or her own statement of income and the like. *See, e.g.*, *Remmert v. Newsome*, No. 1:23-cv-00050-ADA-HBK, 2023 WL 1806277, at *1 (E.D. Cal. Jan. 31, 2023).

Plaintiffs will be afforded another opportunity to request IFP status in a manner consistent with this order. The applications must be filed by April 21, 2023. In the alternative, plaintiffs

may pay the filing fee by the same deadline.  Failure to file a response or pay the filing fee by April 21, 2023, will result in dismissal of this case without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

The case is otherwise stayed pending further order.  The initial case management conference set for April 13, 2023, is vacated, and El's request for relief from automatic referral to the ADR program, Dkt. No. 10, is terminated without prejudice to renewal after his IFP application is resolved.

**IT IS SO ORDERED.**

Dated:  March 20, 2023

JAMES DONATO
United States District Judge