UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO EL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 3:23-cv-00128-JD <br><br> **ORDER DISMISSING CASE** |

Pro se plaintiffs Antonio El, Marie Mairiam Bijou Bayo-El, Amirah Marie Toni White-El, and Ali Mijan Muhammed White-Bey filed this action against over a dozen defendants, including the State of California, the State Bar of California, and multiple individuals. Dkt. No. 1. They also filed a single "short form" application to proceed in forma pauperis (IFP), signed only by Antonio El. Dkt. No. 2. The IFP request was denied without prejudice to plaintiffs refiling applications with their own statements of income and the like. Dkt. No. 12; *see Remmert v. Newsome*, No. 1:23-cv-00050-ADA-HBK, 2023 WL 1806277, at *1 (E.D. Cal. Jan. 31, 2023).

Plaintiffs were directed to refile their IFP applications by April 21, 2023, or pay the filing fee by that same date. That deadline passed without any response or payment of the filing fee. El subsequently filed an "affidavit of financial statement" in which he misquotes Article I, Section 10 of the United States Constitution as saying that "[a]ll debts shall be payable in gold or silver coin," and then states that he does "not have, or possess, any gold or silver coins." Dkt. No. 13-2 at ECF p. 1. This is apparently not the first time that El has presented this argument to circumvent the requirements of the IFP statute, 28 U.S.C. § 1915. *See El v. Yount*, No. 18-cv-06061-HSG, Dkt. No. 9 at 1 (N.D. Cal. Oct. 24, 2018). As before, the fact that El may not have any gold or silver coins "is insufficient for the Court to evaluate [his] request to proceed in forma pauperis," and the

constitutional provision that he cites "is not relevant to [his] ability to proceed in forma pauperis." *Id.* at 1-2.

Consequently, the case is dismissed without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b). No further filings will be accepted without the Court's prior approval.

**IT IS SO ORDERED.**

Dated: April 26, 2023

JAMES DONATO
United States District Judge